The Law Office of Randy K. Bell
Randy K. Bell, Esq.
California Bar No.: 299828
3800 Orange Street, Suite 150
Riverside, California 92501
951-742-7866
Attorney for Plaintiff Heinlein

H. Roske & Associates LLP
Moritz Masberg, Esq.
New York Bar No.: 5505110
350 Fifth Avenue, Suite 5220
New York, New York 10118
(212) 584-4230
Attorneys for Plaintiff Heinlein
Pro Hac Vice Admission Pending

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

HEINLEIN PLASTIK-TECHNIK GMBH,

    Plaintiff,

v.

VIRGIN SCENT INC.

    Defendant.

Case No:

**COMPLAINT**

The Plaintiff, Heinlein Plastik-Technik GmbH, by its attorneys, Randy K. Bell and H. Roske & Associates, LLP (Pro Hac Vice admission pending), as and for its complaint against Defendant Virgin Scent Inc., alleges:

**JURISDICTIONAL ALLEGATIONS**

1. Plaintiff, Heinlein Plastik-Technik GmbH ("Heinlein" or "Plaintiff") is, and at all times relevant was, a German limited liability company, with its principal place of business at Industriestraße7, 91522 Ansbach, Germany.

2. Upon information and belief, at all times hereinafter mentioned, Defendant, Virgin Scent Inc. ("VS") was a corporation organized and existing under the laws of the State of California.

3. Upon information and belief, at all times hereinafter relevant, Defendant was actually doing business in the State of California and maintained its principal place of business at 2390 Crenshaw BLVD #702, Torrance, California 90501.

4. This Court has subject matter jurisdiction pursuant to 28 U.S.C. 1332 inasmuch as Heinlein and Defendant are residents of different states and the amount in controversy is in excess of $75,000.00 exclusive of interest and costs.

## VENUE

5. Venue is proper in this district because the agreement that is the subject of this action allows for the Defendant's place of business as venue.

## FACTS

6. On or around April 8, 2021, Heinlein entered into an agreement with Defendant for the sale of caps and capsules for bottles of plastic (the "Goods") by sending the Defendant the order confirmation (the "Agreement"). This Agreement is attached as EXHIBIT A.

7. Under the terms of the Agreement, Defendant agreed to pay Heinlein the sum of EUR 108,572.60 for the Goods, 30% of which shall be paid in advance and the remaining 70% shall be paid within 60 days from the delivery date.

8. On April 21, 2021, Defendant made an advance payment of EUR 24,898.99.

9. Plaintiff delivered the Goods to VS headquarters in Gardena, California, on September 13, 2021, giving the Defendant until November 13, 2021, to pay the balance.

10. On May 26, 2021, Heinlein invoiced Defendant the total sum of EUR 108,572.60 for the Goods.

11. On October 12, 2021, Heinlein sent out the first payment reminder to VS's principal address.

12. On October 26, 2021, Heinlein sent out the second payment reminder to VS's principal address.

13. On January 31, 2022, the Defendant offered to make payment of the remainder in installments, thereby acknowledging that the total amount is due and owed.

14. On May 2, 2022, Plaintiff made a specific proposal for such installment plan which has never been accepted nor implemented by the Defendant.

15. As of February 15, 2022, Defendant has accrued an overdue interest of EUR 2,461.28

16. On February 15, 2022, Heinlein sent out a third and final payment reminder to VS's principal address. This third reminder is attached as EXHIBIT B.

17. The total outstanding balance as of February 15, 2022, is EUR 83.673,61, to be added to the overdue interest of EUR 2,461.28, totaling in EUR 86,134.89.

18. On June 1, 2022, H. Roske & Associates LLP, legal counsel of Heinlein in New York ("H. Roske") attempted to serve attorney demand letters to VS's principal office, located at 16325 S. Avalon Blv. Gardena, California, which at the time was the current address of the Defendant as per the California Secretary of State Bizfile website, and registered agent, located at 120 Washington St. Bakersfield, California. A copy of the letter is attached hereto as EXHIBIT C.

19. Subsequent to the delivery attempts to VS headquarters, H. Roske successfully delivered demand letters to officers of VS.

## FIRST CAUSE OF ACTION FOR BREACH OF CONTRACT

20. Plaintiff repeats, reiterates and realleges each and every allegation set forth in paragraphs 1 through 19 hereof as if fully set forth herein.

21. The Agreement was a valid and binding contract entered into between Heinlein and Defendant.

22. Heinlein performed all of its obligations under and pursuant to the terms of the Agreement and Defendant never objected to Heinlein's performance thereunder.

23. Defendant has failed to pay Heinlein the sum due under the Agreement despite Heinlein's rightful demands.

24. As a result of the foregoing, Defendant is in breach of the Agreement.

25. As a direct result of Defendant's breaches as aforesaid, Heinlein sustained damages in the amount of EUR 86,134.89 or $98,607.22 pursuant to the exchange rate of the European Central Bank when payment was due, i.e., November 13, 2021.

## SECOND CAUSE OF ACTION FOR UNJUST ENRICHMENT

26. Plaintiff repeats and realleges each of the allegations contained in paragraphs 1 through 25 hereof, inclusive, as though fully set forth herein.

27. Defendant wase unjustly enriched, at Plaintiffs expense, and it would be against equity and good conscience to permit Defendant to retain the benefits of Plaintiff's fulfilled contractual obligations in the amount of EUR 86,134.89 or $98,607.22 pursuant to the exchange rate of the European Central Bank when payment was due, i.e., November 13, 2021.

28. As such, Plaintiff demands judgment in the amount of EUR 86,134.89 or $98,607.22 pursuant to the exchange rate of the European Central Bank when payment was due, i.e., November 13, 2021, plus interest, costs, fees, and disbursements.

WHEREFORE, the Plaintiff demands judgement against Defendant (i) on its first cause of action for breach of contract in the amount of EUR 86,134.89 or $98,607.22 pursuant to the exchange rate of the European Central Bank when payment was due, i.e., November 13, 2021, together with interest thereon, and the costs and disbursements; (ii) on it second cause of action for unjust enrichment in the amount of EUR 86,134.89, or $98,607.22, pursuant to the exchange rate of the European Central Bank when payment was due, i.e., November 13, 2021, together with interest thereon, and the costs and disbursements, and Plaintiff demands such other, further and different relief as to the Court seems just and proper, together with the costs and disbursements of this action.

Dated: September 15, 2022

Respectfully submitted,

By: Randy K. Bell, Esq.
The Law Office of Randy K. Bell
California Bar No.: 299828
3800 Orange Street, Suite 150
Riverside, California 92501
951-742-7866
Attorney for Plaintiff Heinlein

H. Roske & Associates LLP
Moritz Masberg, Esq.
New York Bar No.: 5505110
350 Fifth Avenue, Suite 5220
New York, New York 10118

(212) 584-4230
Attorneys for Plaintiff Heinlein
Pro Hac Vice Admission Pending