CIV-100

| ATTORNEY OR PARTY WITHOUT ATTORNEY: STATE BAR NO: California Bar No.: 299828 | FOR COURT USE ONLY |
|---|---|
| NAME: Randy K. Bell, Esq. | |
| FIRM NAME: The Law Office of Randy K. Bell | |
| STREET ADDRESS: 3800 Orange Street, Suite 150 | |
| CITY: Riverside          STATE: CA     ZIP CODE: 92501 | |
| TELEPHONE NO.: 951-742-7866      FAX NO.: | |
| E-MAIL ADDRESS: rkbelllaw@gmail.com | |
| ATTORNEY FOR (name): HEINLEIN PLASTIK-TECHNIK GMBH | |

**UNITED STATES DISTRICT COURT; CENTRAL DISTRICT OF CALIFORNIA**
STREET ADDRESS: 350 W 1st Street, Suite 4311
MAILING ADDRESS: 350 W 1st Street, Suite 4311
CITY AND ZIP CODE: Los Angeles, CA 90012-4565
BRANCH NAME: First Street U.S Courthouse

Plaintiff/Petitioner:        HEINLEIN PLASTIK-TCHNIK GMBH
Defendant/Respondent:   VIRGIN SCENT INC.

| REQUEST FOR (Application) | ☒ Entry of Default   ☐ Clerk's Judgment<br>☒ Court Judgment | CASE NUMBER: 2:22-cv-06634-JFW-AGR |
|---|---|---|

1. TO THE CLERK: On the complaint or cross-complaint filed
   a. on (date): September 16, 2022
   b. by (name): Plaintiff HEINLEIN PLASTIK-TCHNIK GMBH
   c. ☒ Enter default of defendant (names): VIRGIN SCENT, INC.
   d. ☐ I request a court judgment under Code of Civil Procedure sections 585(b), 585(c), 989, etc., against defendant (names):

   *(Testimony required. Apply to the clerk for a hearing date, unless the court will enter a judgment on an affidavit under Code Civ. Proc., § 585(d).)*

   e. ☐ Enter clerk's judgment
       (1) ☐ for restitution of the premises only and issue a writ of execution on the judgment. Code of Civil Procedure section 1174(c) does not apply. (Code Civ. Proc., § 1169.)
           ☐ Include in the judgment all tenants, subtenants, named claimants, and other occupants of the premises. The *Prejudgment Claim of Right to Possession* was served in compliance with Code of Civil Procedure section 415.46.
       (2) ☒ under Code of Civil Procedure section 585(a). *(Complete the declaration under Code Civ. Proc., § 585.5 on the reverse (item 5).)*
       (3) ☐ for default previously entered on (date):

2. Judgment to be entered.

|  | Amount | Credits acknowledged | Balance |
|---|---|---|---|
| a. Demand of complaint . . . . . . . . . . . . . | $ 98,607.22 | $ | $ 98,607.22 |
| b. Statement of damages* . . . . . . . . . . . | | | |
|   (1). Special . . . . . . . . . . . . . . . . . . . . | $ | $ | $ |
|   (2). General . . . . . . . . . . . . . . . . . . . . | $ | $ | $ |
| c. Interest . . . . . . . . . . . . . . . . . . . . . . . | $ 10,995.38 | $ | $ 10,995.38 |
| d. Costs (see reverse) . . . . . . . . . . . . . | $    902.00 | $ | $    902.00 |
| e. Attorney fees . . . . . . . . . . . . . . . . . . | $ 18,872.75 | $ | $ 18,872.75 |
| f. TOTALS . . . . . . . . . . . . . . . . . . . . . . | $129,377.35 | $ | $129,377.35 |

   g. **Daily damages** were demanded in complaint at the rate of: $             per day beginning (date):
   *(Personal injury or wrongful death actions; Code Civ. Proc., § 425.11.)*

3. ☐ *(Check if filed in an unlawful detainer case.)* **Legal document assistant or unlawful detainer assistant** information is on the reverse (complete item 4). Date: 10/25/2022

Randy K. Bell                                                    ▶  *Randy Bell*
(TYPE OR PRINT NAME)                                            (SIGNATURE OF PLAINTIFF OR ATTORNEY FOR PLAINTIFF)

| FOR COURT USE ONLY | (1) ☐ Default entered as requested on (date): |
|---|---|
| | (2) ☐ Default NOT entered as requested (state reason): |
| | Clerk, by _____, Deputy |

Page 1 of 2

Form Adopted for Mandatory Use   Judicial Council of California CIV-100   **REQUEST FOR ENTRY OF DEFAULT**   Code of Civil Procedure, §§ 585–587, 1169   www.courts.ca.gov
[Rev. January 1, 2020]                                         **(Application to Enter Default)**

CIV-100

| Plaintiff/Petitioner: | CASE NUMBER: |
|---|---|
| Defendant/Respondent: | |

4. **Legal document assistant or unlawful detainer assistant (Bus. & Prof. Code, § 6400 et seq.).** A legal document assistant or unlawful detainer assistant ☐ did or ☒ did **not** give advice or assistance with this form. If declarant has received **any** help or advice for pay from a legal document assistant or unlawful detainer assistant, state:

   a. Assistant's name:
   b. Street address, city, and zip code:
   c. Telephone no.:
   d. County of registration:
   e. Registration no.:
   f. Expires in (date):

5. ☒ **Declaration under Code Civ. Proc., § 585.5** *(for entry of default under Code Civ. Proc., § 585(a)).* This action

   a. ☐ is ☒ is not on a contract or installment sale for goods or services subject to Civ. Code, § 1801 et seq. (Unruh Act).
   b. ☐ is ☒ is not on a conditional sales contract subject to Civ. Code, § 2981 et seq. (Rees-Levering Motor Vehicle Sales and Finance Act).
   c. ☐ is ☒ is not on an obligation for goods, services, loans, or extensions of credit subject to Code Civ Proc § 395 (b).

**Declaration of mailing (Code Civ. Proc., § 587).** A copy of this *Request for Entry of Default* was

   a. ☐ not **mailed** to the following defendants, whose addresses are unknown to plaintiff or plaintiff's attorney *(names):*

   b. ☒ mailed first-class, postage prepaid, in a sealed envelope addressed to each defendant's attorney of record or, if none, to each defendant's last known address as follows:

   (1) Mailed on (date): Oct 25, 2022
   (2) To (specify names and addresses shown on the envelopes):
   Virgin Scent Inc., A CORPORATION
   2390 Crenshaw BLVD #702,
   Torrance, California 90501

I declare under penalty of perjury under the laws of the State of California that the foregoing items 4, 5, and 6 are true and correct.

Date: 10/25/2022

Randy K. Bell
(TYPE OR PRINT NAME)

▶ *Randy Bell*
(SIGNATURE OF DECLARANT)

**Memorandum of costs** *(required if money judgment requested).* Costs and disbursements are as follows (Code Civ. Proc., § 1033.5):

a. Clerk's filing fees . . . . . . . . . . . . . . . . . . . . . $350.00
b. Process server's fees . . . . . . . . . . . . . . . . .
c. Other *(specify):*  $500.00 entry of pro hac vice fee
d.  $ 52.00 court admin fees
e. TOTAL . . . . . . . . . . . . . . . . . . . . . . . . . . . .$902.00
f.
g. I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Date: 10/25/2022

Randy K. Bell
(TYPE OR PRINT NAME)

▶ *Randy Bell*
(SIGNATURE OF DECLARANT)

8. **Declaration of nonmilitary status** *(required for a judgment).* No defendant named in item 1c of the application is in the military service as that term is defined by either the Servicemembers Civil Relief Act, 50 U.S.C. App. § 3911(2), or California Military and Veterans Code sections 400 and 402(f).

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.
Date: 10/25/2022

Randy K. Bell
(TYPE OR PRINT NAME)

▶ *Randy Bell*
(SIGNATURE OF DECLARANT)

CIV-100 [Rev. January 1, 2020]

**REQUEST FOR ENTRY OF DEFAULT**
**(Application to Enter Default)**

Page 2 of 2